United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                           Case No. 19-03088-HWV

Charles L. Smith                                Chapter 13

Dana B. Smith

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                Page 1 of 2

Date Rcvd: Jun 08, 2023                          Form ID: trc                                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5491149 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 08 2023 18:51:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023                          Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank logsecf@logs.com cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Dana B. Smith jmh@johnhyamslaw.com acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com |
| John Matthew Hyams | on behalf of Debtor 1 Charles L. Smith jmh@johnhyamslaw.com acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com |

Kevin S Frankel
    on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank pa-bk@logs.com

Kristen D Little
    on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank kdlittleecf@gmail.com

Kristen D Little
    on behalf of Creditor USAA Federal Savings Bank kdlittleecf@gmail.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael Patrick Farrington
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-03088-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles L. Smith
4728 Laurel Dr.
Harrisburg PA 17110

Dana B. Smith
4728 Laurel Dr.
Harrisburg PA 17110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/07/2023.

Name and Address of Alleged Transferor(s):

Claim No. 20: Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
c/o NATIONSTAR MORTGAGE, LLC
PO Box 619096
Dallas, TX 75261-9741
Lakeview Loan Servicing, LLC
c/o NATIONSTAR MORTGAGE, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/10/23

Terrence S. Miller
**CLERK OF THE COURT**