Certificate Number: 06531-PAM-DE-038581878

Bankruptcy Case Number: 19-03088



06531-PAM-DE-038581878

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2024, at 5:39 o'clock PM CDT, Charles Smith completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 17, 2024

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor