Certificate Number: 06531-PAM-DE-038581883

Bankruptcy Case Number: 19-03088


06531-PAM-DE-038581883

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 17, 2024, at 5:39 o'clock PM CDT, Dana B Smith completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 17, 2024

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor

Case 1:19-bk-03088-HWV    Doc 55    Filed 06/17/24    Entered 06/17/24 18:53:10    Desc
Main Document    Page 1 of 1