United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Charles L. Smith  
Dana B. Smith  
    Debtors

Case No. 19-03088-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Oct 28, 2024      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles L. Smith, Dana B. Smith, 4728 Laurel Dr., Harrisburg, PA 17110-3244 |
| cr | + | Nationstar Mortgage LLC as servicer for USAA Feder, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5227405 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, UHEAA, PO BOX 145108, SALT LAKE CITY, UT 84114 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 28 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5247097 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2024 19:02:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5224837 | + | EDI: TSYS2 | Oct 28 2024 22:39:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 5224838 | + | EDI: CAPITALONE.COM | Oct 28 2024 22:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5233991 | | EDI: CAPITALONE.COM | Oct 28 2024 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5249328 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2024 19:02:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5224840 | + | EDI: CITICORP | Oct 28 2024 22:39:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5224841 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2024 19:02:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5224859 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 28 2024 18:45:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5224842 | | EDI: DISCOVER | Oct 28 2024 22:39:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5226279 | | EDI: DISCOVER | Oct 28 2024 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5531062 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 28 2024 18:46:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5531063 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 28 2024 18:46:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5224843 | + | EDI: AMINFOFP.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2024 22:39:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5224860 | | EDI: IRS.COM | Oct 28 2024 22:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5662542 | | EDI: JEFFERSONCAP.COM | Oct 28 2024 22:39:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 5662543 | | EDI: JEFFERSONCAP.COM | Oct 28 2024 22:39:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 5224839 | | EDI: JPMORGANCHASE | Oct 28 2024 22:39:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5231603 | + | Email/Text: RASEBN@raslg.com | Oct 28 2024 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5233421 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 28 2024 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5224844 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2024 18:45:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5246989 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2024 19:02:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5545895 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2024 18:45:00 | Lakeview Loan Servicing, LLC, c/o NATIONSTAR MORTGAGE, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 5545896 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2024 18:45:00 | Lakeview Loan Servicing, LLC, c/o NATIONSTAR MORTGAGE, LLC, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, c/o NATIONSTAR MORTGAGE, LLC 75261-9096 |
| 5224845 | + | EDI: LENDNGCLUB | Oct 28 2024 22:39:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 5224846 | ^ | MEBN | Oct 28 2024 18:44:09 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 5233994 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2024 18:51:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5224847 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 28 2024 18:45:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5224848 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2024 18:52:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5491148 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2024 18:45:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5491149 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2024 18:45:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5224849 | + | EDI: NFCU.COM | Oct 28 2024 22:39:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5224850 | + | EDI: NFCU.COM | Oct 28 2024 22:39:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5224863 | | EDI: PENNDEPTREV | Oct 28 2024 22:39:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5224863 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2024 18:46:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5224861 | | Email/Text: fesbank@attorneygeneral.gov | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 28 2024 18:45:00 | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120 |
| 5249693 | | EDI: PRA.COM | Oct 28 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5239578 | + | EDI: JEFFERSONCAP.COM | Oct 28 2024 22:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5249585 | | EDI: Q3G.COM | Oct 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5233604 | | EDI: Q3G.COM | Oct 28 2024 22:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5224851 | + | EDI: SYNC | Oct 28 2024 22:39:00 | SyncbWolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5225178 | ^ | MEBN | Oct 28 2024 18:42:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5224852 | + | EDI: SYNC | Oct 28 2024 22:39:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5224853 | + | EDI: SYNC | Oct 28 2024 22:39:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5224854 | + | EDI: SYNC | Oct 28 2024 22:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5224862 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Oct 28 2024 18:45:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5233363 | | EDI: USBANKARS.COM | Oct 28 2024 22:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5224856 | | EDI: USBANKARS.COM | Oct 28 2024 22:39:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 5224857 | + | EDI: USAA.COM | Oct 28 2024 22:39:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |
| 5226053 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2024 18:45:00 | USAA Federal Savings Bank, c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 5224864 | ^ | MEBN | Oct 28 2024 18:45:48 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5244148 | | EDI: WFFC2 | Oct 28 2024 22:39:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5224858 | + | EDI: WFFC2 | Oct 28 2024 22:39:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| 5224855 | *P++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108, address filed with court:, Uheaa/utah Sbr, Attn: Bankruptcy, Po |

| | | |
|---|---|---|
| | | Box 145110, Salt Lake City, UT 84114 |
| 5238585 | *+ | USAA Federal Savings Bank, c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Dana B. Smith jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Charles L. Smith jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank KRLITTLE@FIRSTAM.COM |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles L. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0346<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dana B. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6325<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-03088-HWV | |

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Charles L. Smith             Dana B. Smith

10/28/24

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**